**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 5 WM 2024 |
| Respondent | : | |
| v. | : | |
| COLIN WILLIAM ABBOTT, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2024, the Petition for Leave to Exceed Word Count is DENIED. Petitioner is ALLOTTED 15 days to file a perfected Petition for Allowance of Appeal.

    No extensions will be granted, absent exceptional circumstances.